FILED
2018 OCT 25  AM 11: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:18 CR 631 |
| | ) Title 21, Sections 841(a)(1), |
| GERMINE BRADLEY, | ) (b)(1)(C) and 853, United States |
| | ) Code |
| Defendant. | ) |

JUDGE GAUGHAN

COUNT 1
(Possession with Intent to Distribute Controlled Substances,
in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The United States Attorney charges:

1. On or about April 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant GERMINE BRADLEY did knowingly and intentionally possess with intent to distribute approximately 17.2 grams of a mixture or substance containing a detectable amount of Phencyclidine (PCP), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Controlled Substances,
in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

2. On or about April 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant GERMINE BRADLEY did knowingly and intentionally possess with intent to distribute approximately 11.4 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT 3<br>(Possession with Intent to Distribute Controlled Substances,<br>in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

3.     On or about April 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant GERMINE BRADLEY did knowingly and intentionally possess with intent to distribute approximately 9.8 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT 4<br>(Possession with Intent to Distribute Controlled Substances,<br>in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

4.     On or about April 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant GERMINE BRADLEY did knowingly and intentionally possess with intent to distribute approximately 3.9 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT 5<br>(Possession with Intent to Distribute Controlled Substances,<br>in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

5.     On or about May 31, 2018, in the Northern District of Ohio, Eastern Division, Defendant GERMINE BRADLEY did knowingly and intentionally possess with intent to distribute approximately 41.86 grams of a mixture or substance containing a detectable amount

of Phencyclidine (PCP), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 6
(Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

6. On or about May 31, 2018, in the Northern District of Ohio, Eastern Division, Defendant GERMINE BRADLEY did knowingly and intentionally possess with intent to distribute approximately 249.95 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE

The United States Attorney further charges:

7. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 through 6, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant GERMINE BRADLEY shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations, and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

JUSTIN E. HERDMAN
United States Attorney

By: _____
Robert F. Corts, Chief
OCDETF Unit